**[6ord23]** [ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Case No. 6:10–bk–12500–ABB
         Chapter 7

Laura Braccia
1848 Ridge Valley Street
Clermont, FL 34711

Joseph Braccia
1848 Ridge Valley Street
Clermont, FL 34711

_____Debtor(s)_____/

ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

Pursuant to 11 U.S.C. § 521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor has complied with the information filing requirements of 11 U.S.C. § 521(a).

Accordingly, it is

ORDERED:

1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

2. If any party has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a), they shall file a Motion for Reconsideration not later than 21 days from the date of this order, and serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a) that the debtor has failed to file.

DONE AND ORDERED on July 20, 2010 .

_____
Arthur B. Briskman
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: heatherb              Page 1 of 2                   Date Rcvd: Jul 20, 2010
Case: 10-12500                 Form ID: 6ord23             Total Noticed: 80

The following entities were noticed by first class mail on Jul 22, 2010.
db/jdb         +Laura Braccia,   Joseph Braccia,    1848 Ridge Valley Street,    Clermont, FL 34711-6489
18705134        Aspire,   P.O. Box 23007,    Columbus, GA 31902-3007
18705136       +Aspire c/o CT Corp System,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705135       +Aspire c/o Corp Services Co,    1201 Hays St,   Tallahassee, FL 32301-2699
18705137       +Bank of Am.c/oCT Corp. Sys.,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705138       +Bank of America,    P.O. Box 5171,    Simi Valley, CA 93062
18705139       +Best Buy Mastercard,    P.O. Box 5222,    Carol Stream, IL 60197-5222
18705147       +CITI,   4600 Houston Road,    Florence, KY 41042-4102
18705163       +CT Corporation System,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705140       +Cap One c/o RS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
18705141       +Cap One c/oCorp. Service Co.,    1201 Hays St.,   Tallahassee, FL 32301-2699
18705142       +Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
18705144       +Carolina First Bank,    c/o CT Corporation,    1200 South Pine Island Road,
                 Fort Lauderdale, FL 33324-4413
18705143       +Carolina First Bank,    104 S. Main Street,    Greenville, SC 29601-2711
18705145       +Chase,   6716 Grade lane,    Building 9, Suite 910,    Louisville, KY 40213-3410
18705146       +Chase c/o CT Corp. System,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705148       +Citi,   P.O. Box 70918,    Charlotte, NC 28272-0918
18705149       +Citi American Express,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
18705150       +Citi Financial Credit Card,    P.O. Box 22060,    Tempe, AZ 85285-2060
18705151       +Citi Sears Credit Card,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
18705154       +CitiBankc/o CT Corp. Syst,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705153        Citibank So. Dakota,    Processing Center,    Des Moines, IA 50368-9182
18705152       +Citibank c/oUnited Rec. Sys.,    5800 North Course Drive,    Houston, TX 77072-1613
18705155       +City Am Ex/CT Corp. Syst.,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705156       +City AmEx./Corp. Service Co.,    1201 Hays St.,   Tallahassee, FL 32301-2699
18705157       +City c/o CT Corp. System,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705158        Clermont Radiology,    1804 Oakley Seaver Blvd.,    Suite B,   Clermont, FL 34711
18705159       +Corporation Service Company,    1201 Hays St.,   Tallahassee, FL 32301-2699
18705160       +Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
18705161       +Credit One c/oAegis Colls.,    8201 Ridgepoint,   Irving, TX 75063-3160
18705162       +Credit One c/oCorp. Svc Co.,    1201 Hays St.,   Tallahassee, FL 32301-2699
18705164        Direct Merchants Bank/HSBC,    P.O. Box 5241,    Carol Stream, IL 60197-5241
18705165       +ER Solutions,    800 SW 39th Street,    P.O. Box 9004,   Renton, WA 98057-9004
18705166       +Florida Cardiology,    483 North Semoran Blvd,    Suite 102,   Winter Park, FL 32792-3800
18722046        Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
                 Tallahassee FL 32314-6668
18705167       +Frost Arnett Collections,    JLR Anesthesia),   POB 198988,    Nashville, TN 37219-8988
18705168       +GEMB/CT Corporation System,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705169        GEMB/Walmart Credit,    P.O. Box 103101,    Roswell, GA 30076
18705170        GEMB/Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
18705176     ++++HOUSEHOLD BANK C/O,   CALVARY COLLECTIONS,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-2162
                 (address filed with court: Household Bank c/o,    Calvary Collections,    7 Skyline Dive, 3rd Floor,
                 Hawthorne, NY 10532)
18705172        Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
18705171       +Home Depot c/o,    Corporation Service Company,    1201 Hays St.,   Tallahassee, FL 32301-2699
18705173       +Home Depot/NCO Collections,    507 Prudential Road,    Horsham, PA 19044-2308
18705175       +Household Bank c/o,    CT Corporation,    1200 South Pine Island Rd.,
                 Fort Lauderdale, FL 33324-4413
18705177       +Household Bank c/o,    CT Corporation System,    1200 South Pine Island Rd,
                 Fort Lauderdale, FL 33324-4413
18705174        Household Bank c/o,    ARM Collections,    POB 129,   Thorofare, NJ 08086-0129
18705178       +Household Bank/HSBC Credit,    ATTN: Tax Dept,    26525 North Riverwoods Blvd,
                 Lake Forest, IL 60045-3428
18705179       +IC Systems Collections,    444 Highway 96 East,    P.O. Box 64437,   Saint Paul, MN 55164-0437
18705180       +JLR Anesthesia,    291 Southhall Lane,    Maitland, FL 32751-7274
18705181       +Joseph Andriole, M.D.,    20 West Kaley Street,    Orlando, FL 32806-2931
18705183        Juniper Mastercard,    P.O. Box 13337,    Philadelphia, PA 19101-3337
18705182       +Juniper c/o  CT Corp. System,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705184       +Law Offices of Joe Pizzutto,    WaMu/Chase),   4013 E. Broadway, Suite A2,
                 Phoenix, AZ 85040-8818
18705189       +Lowe’s Credit Card/GEMB,    P.O. Box 530914,    Atlanta, GA 30353-0914
18705187       +Lowe’s c/o CT Corp. Syst.,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705186       +Lowe’s c/o Corp. Service Co.,    1201 Hays St.,   Tallahassee, FL 32301-2699
18705188       +Lowe’s c/o Genpat Ser. LLC,    105 Madison Avenue,    2nd Floor,   New York, NY 10016-0297
18705190       +Medical Center Radiology,    20 West Kaley Street,    Orlando, FL 32806-2970
18705191       +Medical Center Radiology,    Business Revenue Systems,    4367 155th Ave.,
                 Burlington, IA 52601-8938
18705192       +Michael Marder,    Registered Agent,    Capital Plaza 1,#500,    201 E. Pine Street,
                 Orlando, FL 32801-2729
18705193       +Nissan Motor Acceptance CO.,    One Nissan Way,    Franklin, TN 37067-6367
18705194       +Nissan Motr Accept. Corp.c/o,    Lexis Nexis Document Sol.,    1201 Hays Street,
                 Tallahassee, FL 32301-2699
18705195       +Nissan Mtr Accept. Corp c/o,    Corporation Service Company,    1201 Hays Street,
                 Tallahassee, FL 32301-2699
18705196       +Pinnacle Financial,    P.O. Box 130848,    Carlsbad, CA 92013-0848
18705198       +Radiology Specialists of FL,    Professional Collection Syst,    POB 538092,
                 Orlando, FL 32853-8092
18705197       +Radiology Specialists of Fl,    900 Winderley Place,    Maitland, FL 32751-7267
18705200       +Sandeep Bajaj, M.D.,    483 North Semoran Blvd,    Suite 205,   Winter Park, FL 32792-3800
18705204        Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4216
18705201       +Target c/o Alliance One,    4850 Street Road,    Feasterville Trevose, PA 19053-6600
18705202       +Target c/o CT Corp. Sys,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
```

```
District/off: 113A-6          User: heatherb              Page 2 of 2              Date Rcvd: Jul 20, 2010
Case: 10-12500                Form ID: 6ord23             Total Noticed: 80

18705203     +Target c/o CT Corp. Syst.,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705211      WaMu-Chase Card,    P.O. Box 15548,    Wilmington, DE 19886-5548
18705206     +Walmart c/o CT Corp. Sys.,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705207     +Walmart c/o CT Corp. Syst,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705210     +Wamu c/o CT Corp. Syst.,    1200 South Pine Island Rd,    Fort Lauderdale, FL 33324-4413
18705209     +Wamu c/o Chase Bank,    200 White Clay Center Dr,    Newark, DE 19711-5466
18705212     +Westgage Resorts,    Central FL Investments, Inc.,    Corporate Headquarters,    5601 Windover Drive,
               Orlando, FL 32819-7936

The following entities were noticed by electronic transmission on Jul 21, 2010.
18722047     +E-mail/Text: Bankruptcy@laketax.com                             Lake County Tax Collector,
               Attn: Bob McKee,    Post Office Box 327,    Tavares FL 32778-0327
18705185     +E-mail/Text: ebn@phinsolutions.com                              Law Offices of Mitchell Kay,
               7 Penn Plaza,    New York, NY 10001-3967
18705208      E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2010 01:26:12      Walmart Credit Card,
               P.O. Box 530927,    Atlanta, GA 30353-0927
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18705199      RPM Associates
18705205*    +Target National Bank,    3901 West 53rd Street,    Sioux Falls, SD 57106-4221
                                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2010**             **Signature:**    _Joseph Speetjens_