F I L E D

NOV 18 2010

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

IN RE:                                          CASE NO.: 6:10-BK-12500-ABB
LAURA BRACCIA
JOSPEH BRACCIA
    Debtor.
_____/

## NOTICE OF FILING AMENDED SCHEDULE I

The debtors, LAURA BRACCIA and JOSEPH BRACCIA, by and through
undersigned attorney and file this Amendment **to Schedule I**

**See attached Amended Schedule I**

## DECLARATION

We, LAURA BRACCIA and JOSEPH BRACCIA , debtors in this case, declare under
penalty of perjury that we have read the foregoing and that it is true and correct to the best of
my information and belief.

LAURA BRACCIA,  Debtor

JOSEPH BRACCIA, Debtor

STATE OF FLORIDA
COUNTY OF LAKE

The foregoing instrument was acknowledged before me under penalty of perjury on
this 2 day of October, 2010 by LAURA BRACCIA, who is personally known to me or
who has produced a _____ as identification and who did take an oath.

ISHIR MEHTA
Comm# DD0796551
Expires 6/28/2012
Florida Notary Assn., Inc

NOTARY PUBLIC
MY COMMISSION EXPIRES:

STATE OF FLORIDA
COUNTY OF LAKE

The foregoing instrument was acknowledged before me under penalty of perjury on
this 2 day of October, 2010 by who JOSEPH BRACCIA is personally known to me or who
has produced a _____ as identification and who did take an oath.



ISHIR MEHTA
Comm# DD0796551
Expires 6/28/2012
Florida Notary Assn., Inc

NOTARY PUBLIC
MY COMMISSION EXPIRES:

    I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished this _4th_ day of October, 2010 to: George Mills, Post Office Box 995, Gotha, FL 34734-0995 and to All Parties in the attached mailing matrix.

Respectfully,

84701l

ALISON STRANGE
Bret Jones PA
Florida Bar No.: 022951
700 Almond Street
Clermont, FL 34711
(352) 394-4026 (ph)
(352) 394-2389 (fx)
astrange@brethonespa.com

B6I (Official Form 6I) (12/07)

FILED
NOV 0 1 2010
CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re    Laura Braccia
         **Joseph Braccia**
                                                  Debtor(s)

Case No.    **6:10-bk-12500**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>Son<br>Son | AGE(S):<br>4<br>5 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Billing Clerk/Office Admin** | |
| Name of Employer | **Reed Nissan** | **Unemployment Benefits** |
| How long employed | **9.5 Years** | |
| Address of Employer | **3776 West Colonial Drive<br>Orlando, FL 32808** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 3,466.67 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 3,466.67 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **346.67** | $ | 0.00 |
|     b. Insurance | $ | **823.33** | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify):   **Disability** | $ | **86.67** | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,256.67 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,210.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | 0.00 |
| 8. Income from real property | $ | **0.00** | $ | 0.00 |
| 9. Interest and dividends | $ | **0.00** | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify):   **Unemployment** | $ | **0.00** | $ | 1,100.00 |
|   **Disability for brother, Giovanni Braccia** | $ | **0.00** | $ | 674.00 |
| 12. Pension or retirement income | $ | **0.00** | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | 0.00 |
| | $ | **0.00** | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | 1,774.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,210.00** | $ | 1,774.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 3,984.00 |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Husband in process of trying to obtain unemployment but those payments will not increase Braccias' income enough to exceed State median.**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Laura Braccia,    Joseph Braccia

Case No.   **6:10-bk-12500**

Debtors

Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 172,500.00 | | |
| B - Personal Property | Yes | 3 | 39,987.99 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 253,503.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 53,113.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,984.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,867.03 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| Total Assets | | | 212,487.99 | | |
| Total Liabilities | | | | 306,616.72 | |

Form 6 - Statistical Summary (12/07)

## United States Bankruptcy Court
## Middle District of Florida

In re    **Laura Braccia,**
      **Joseph Braccia**

Case No. ___6:10-bk-12500___

                                    Debtors

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,984.00 |
| Average Expenses (from Schedule J, Line 18) | 3,867.03 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,402.67 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 50,003.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY', IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 53,113.72 |
| 5. Total of non-priority unsecured debt (sum of 1, 3. and 4) | | 103,116.72 |

Laura Braccia
1848 Ridge Valley Street
Clermont, FL 34711

Joseph Braccia
1848 Ridge Valley Street
Clermont, FL 34711

Eric S. Faulkner
Bret Jones, P.A.
700 Almond Street
Clermont, FL 34711

Aspire
Acct No xxxxxxxxxxxxx2755
P.O. Box 23007
Columbus, GA 31902-3007

Aspire c/o Corp Services Co
Acct No 7726740013507701
1201 Hays St
Tallahassee, FL 32301-2525

Aspire c/o CT Corp System
Acct No xxxxxxxxxxxxx2755
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Bank of Am.c/oCT Corp. Sys.
Acct No 125949382
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Bank of America
Acct No xxxxx9382
P.O. Box 5171
Simi Valley, CA 93062-5170

Best Buy Mastercard
Acct No xxxx-xxxx-xxxx-7000
P.O. Box 5222
Carol Stream, IL 60197

Cap One c/o RS Associates
Acct No 268589
1930 Olney Ave
Cherry Hill, NJ 08003

Cap One c/oCorp. Service Co.
Acct No 5178-0526-4437-8479
1201 Hays St.
Tallahassee, FL 32301-2525

Capital One
Acct No xxxx-xxxx-xxxx-8479
P.O. Box 71083
Charlotte, NC 28272

Capital One
Acct No xxxx-xxxx-xxxx-5182
P.O. Box 71083
Charlotte, NC 28272

Carolina First Bank
Acct No xxxxxxxxxx
104 S. Main Street
Greenville, SC 29601

Carolina First Bank
Acct No 469110****
c/o CT Corporation
1200 South Pine Island Road
Fort Lauderdale, FL 33324

Chase
Acct No xxxxxx8866
6716 Grade lane
Building 9, Suite 910
Louisville, KY 40213

Chase c/o CT Corp. System
Acct No 8482978866
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

CITI
Acct No xxxxxxxxxxxx8314
4600 Houston Road
Florence, KY 41042

CITI
Acct No xxxx-xxxx-xxxx-8647
4600 Houston Road
Florence, KY 41042

Citi
Acct No 6032590407377505
P.O. Box 70918
Charlotte, NC 28282

Citi American Express
Acct No xxxx-xxxxxx-x8314
P.O. Box 6500
Sioux Falls, SD 57117

Citi Financial Credit Card
Acct No xxxxxxxxxxxx7505
P.O. Box 22060
Tempe, AZ 85285

Citi Sears Credit Card
Acct No xxxx-xxxx-xxxx-8647
P.O. Box 6286
Sioux Falls, SD 57117

Citibank c/oUnited Rec. Sys.
Acct No 5256223453845
5800 North Course Drive
Houston, TX 77072

Citibank So. Dakota
Acct No xxxxxxxxx3845
Processing Center
Des Moines, IA 50368-9182

CitiBankc/o CT Corp. Syst
Acct No xxxxxxxxxxxx4845
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

City Am Ex/CT Corp. Syst.
Acct No 3743-450152-08314
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

City AmEx./Corp. Service Co.
Acct No 3743-450152-08314
1201 Hays St.
Tallahassee, FL 32301-2525

City c/o CT Corp. System
Acct No 6032590407377505
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Clermont Radiology
Acct No xxxxxxx21-79, xxxx x6516
1804 Oakley Seaver Blvd.
Suite B
Clermont, FL 34711

Corporation Service Company
Acct No xxxxxxxxxxxxx8647
1201 Hays St.
Tallahassee, FL 32301-2525

Corporation Service Company
Acct No xxxx-xxxx-xxxx-5182
1201 Hays St.
Tallahassee, FL 32301-2525

Corporation Service Company
Acct No 1008012658
1201 Hays St.
Tallahassee, FL 32301-2525

Credit One Bank
Acct No xxxx-xxxx-xxxx-0318
P.O. Box 98873
Las Vegas, NV 89193

Credit One c/oAegis Colls.
Acct No 447962163790318
8201 Ridgepoint
Irving, TX 75063

Credit One c/oCorp. Svc Co.
Acct No 4447-9621-6379-0318
1201 Hays St.
Tallahassee, FL 32301-2525

CT Corporation System
Acct No 5121071828148647
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

CT Corporation System
Acct No 6035320236472096
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Direct Merchants Bank/HSBC
Acct No xxxx-xxxx-xxxx-1580
P.O. Box 5241
Carol Stream, IL 60197-5241

ER Solutions
Acct No T-60998315
800 SW 39th Street
P.O. Box 9004
Renton, WA 98057

Florida Cardiology
Acct No xx0764
483 North Semoran Blvd
Suite 102
Winter Park, FL 32792

Frost Arnett Collections
Acct No 190041
(JLR Anesthesia)
POB 198988
Nashville, TN 37219

GEMB/CT Corporation System
Acct No 6032203190197029
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

GEMB/Walmart Credit
Acct No xxxxxxxxxxxx7029
P.O. Box 103101
Roswell, GA 30076

GEMB/Zwicker & Associates
Acct No 6032203190197029
80 Minuteman Road
Andover, MA 01810-1008

Home Depot c/o
Acct No 6035320236472096
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301-2525

Home Depot Credit Services
Acct No xxxxxxxxxxxx2096
Processing Center
Des Moines, IA 50364-0500

Home Depot/NCO Collections
Acct No 6035320236472096
507 Prudential Road
Horsham, PA 19044

Household Bank c/o
Acct No 5491100086060731
ARM Collections
POB 129
Thorofare, NJ 08086-0129

Household Bank c/o
Acct No xxxx-xxxx-xxxx-0731
CT Corporation
1200 South Pine Island Rd.
Fort Lauderdale, FL 33324

Household Bank c/o
Acct No 13559281
Calvary Collections
7 Skyline Dive, 3rd Floor
Hawthorne, NY 10532

Household Bank c/o
Acct No xxxx-xxxx-xxxx-1380
CT Corporation System
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Household Bank/HSBC Credit
Acct No xxxx-xxxx-xxxx-0731
ATTN: Tax Dept
26525 North Riverwoods Blvd
Lake Forest, IL 60045

Household Bank/HSBC Credit
Acct No xxxx-xxxx-xxxx-1380
ATTN: Tax Dept
26525 North Riverwoods Blvd
Lake Forest, IL 60045

IC Systems Collections
Acct No 28137892-1-79
444 Highway 96 East
P.O. Box 64437
Saint Paul, MN 55164

JLR Anesthesia
Acct No xx0041
291 Southhall Lane
Maitland, FL 32751

Joseph Andriole, M.D.
Acct No 1008012658MG
20 West Kaley Street
Orlando, FL 32806

Juniper c/o  CT Corp. System
Acct No 5140218003026455
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Juniper Mastercard
Acct No xxxx-xxxx-xxxx-6455
P.O. Box 13337
Philadelphia, PA 19101-3337

Law Offices of Joe Pizzutto
Acct No 5207172090803838
(WaMu/Chase)
4013 E. Broadway, Suite A2
Phoenix, AZ 85040

Law Offices of Mitchell Kay
Acct No 5178057282455182
7 Penn Plaza
New York, NY 10001

Lowe's c/o Corp. Service Co.
Acct No 7981 92405973705
1201 Hays St.
Tallahassee, FL 32301-2525

Lowe's c/o CT Corp. Syst.
Acct No 798192405973705
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Lowe's c/o Genpat Ser. LLC
Acct No 798192405973705
105 Madison Avenue
2nd Floor
New York, NY 10016

Lowe's Credit Card/GEMB
Acct No xxxxxxxxxxx3705
P.O. Box 530914
Atlanta, GA 30353-0950

Medical Center Radiology
Acct No xxxxxxx58MG
20 West Kaley Street
Orlando, FL 32806

Medical Center Radiology
Acct No 12638345
Business Revenue Systems
4367 155th Ave.
Burlington, IA 52601

Michael Marder
Acct No 907738
Registered Agent
Capital Plaza 1,#500
201 E. Pino Street
Orlando, FL 32801

Nissan Motor Acceptance CO.
Acct No xxxxxxxxxxx2001
One Nissan Way
Franklin, TN 37067

Nissan Motr Accept. Corp.c/o
Acct No 0010246963842001
Lexis Nexis Document Sol.
1201 Hays Street
Tallahassee, FL 32301

Nissan Mtr Accept. Corp c/o
Acct No 0010246963842001
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

Pinnacle Financial
Acct No xx7738
P.O. Box 130848
Carlsbad, CA 92013

Radiology Specialists of Fl
Acct No xx3840
900 Winderley Place
Maitland, FL 32751

Radiology Specialists of FL
Acct No 3511322
Professional Collection Syst
POB 538092
Orlando, FL 32853

RPM Associates
Acct No 5156250002397000

Sandeep Bajaj, M.D.
Acct No 190764 FL Cardiology
483 North Semoran Blvd
Suite 205
Winter Park, FL 32792

Target c/o Alliance One
Acct No 19253942
4850 Street Road
Feasterville Trevose, PA 19053

Target c/o CT Corp. Sys
Acct No 4352-3717-0657-1164
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Target c/o CT Corp. Syst.
Acct No 90035716606790
1200 South Pine Island Rd
Fort Lauderdale, FL 33324

Target National Bank
Acct No xxxx-xxxx-xxxx-1164
3901 West 53rd Street
Sioux Falls, SD 57106-4216

Target National Bank
Acct No xxxxxxxxx6790
3901 West 53rd Street
Sioux Falls, SD 57106

Walmart c/o CT Corp. Sys.
Acct No 6032201412118633
1200 South Pine Island Rd
Fort Lauderdale, FL 33324


Walmart c/o CT Corp. Syst
Acct No 6032203530283224
1200 South Pine Island Rd
Fort Lauderdale, FL 33324


Walmart Credit Card
Acct No xxxxxxxxxxxx8633
P.O. Box 530927
Atlanta, GA 30353-0927


Walmart Credit Card
Acct No xxxxxxxxxxxx3224
P.O. Box 530927
Atlanta, GA 30353-0927


Wamu c/o Chase Bank
Acct No 5207172090803838
200 White Clay Center Dr
Newark, DE 19711


Wamu c/o CT Corp. Syst.
Acct No 5416576799399056
1200 South Pine Island Rd
Fort Lauderdale, FL 33324


WaMu-Chase Card
Acct No xxxxxxxxxxxx3838
P.O. Box 15548
Wilmington, DE 19886-5548


Westgage Resorts
Acct No 907738
Central FL Investments, Inc.
Corporate Headquarters
5601 Windover Drive
Orlando, FL 32819