**[6not17]** [NOTICE OF FAILURE TO COMPLY WITH MANDATORY ORDER]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:10–bk–12500–ABB
Chapter 7

Laura Braccia
1848 Ridge Valley Street
Clermont, FL 34711


Joseph Braccia
1848 Ridge Valley Street
Clermont, FL 34711

_____Debtor(s)_____/


### NOTICE OF FAILURE TO COMPLY WITH THE AMENDED ORDER ESTABLISHING DEADLINE FOR ATTORNEYS TO PARTICIPATE IN THE ELECTRONIC CASE FILING SYSTEM (ADMINISTRATIVE ORDER ORL–2004–2)

   THIS IS NOTICE that the pleading titled Amended Schedule I and Amended Schedule J (Document No. 16 and 17 ) filed by Bret Jones on behalf of Laura and Joseph Braccia, Debtors on November 8, 2010 was filed on paper and is in violation of the Amended Order Establishing Deadline for Attorneys to Participate in the Electronic Case Filing System (Administrative Order ORL–2004–2). The above mentioned paper filing will be accepted, however, if the attorney continues to file on paper, an Order to Show Cause may be issued.

   Attorneys currently filing electronically with other bankruptcy courts should complete an Electronic Case Filing System Registration Form in order to receive a login/password.

   You may obtain more information on electronic filing by visiting our website at www.flmb.uscourts.gov/cmecf.htm or by contacting the training team by sending an e–mail to ecfhelp.orl@flmb.uscourts.gov.


   DATED on November 8, 2010.

> FOR THE COURT
> Lee Ann Bennett, Clerk of Court
> 135 West Central Boulevard Suite 950
> Orlando, FL 32801


c: The Honorable Paul M. Glenn, Chief Bankruptcy Judge
   The Honorable Arthur B. Briskman